Giuseppe Rapisarda, Respondent, v. Luigi Favata and Others, Appellants.— Motion to open default denied, with costs, and stay vacated. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

Ignatz Reder and Others, Respondents, v. John T. Byrne, Appellant.— Motion for stay denied, with costs, and temporary stay vacated. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ.

John Bohmbach, Respondent, v. John Zielunis and Annie Zielunis, Appellants. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Thomas and Carr, JJ., concurred; Burr, J., dissented.

John Boyle & Company, Respondent, v. Johann L. Emil Schueler, Appellant. — Judgment and order of the County Court of Queens county affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Salvatore Caporale, Appellant, v. Cord Meyer, The Citizens' Water Supply Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Arthur Collins, Respondent, v. Waterbury Company, Appellant.— Appeal dismissed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

Robert Colwell, as Administrator, etc., of Robert Colwell, Jr., Deceased, Respondent, v. E. R. Allen Foundry Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Carr, JJ., concurred.

Edward T. Curran, Respondent, v. The Mosler Safe Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

In the Matter of the Final Judicial Settlement of the Account of John R. Pratt, as Committee, etc., of Spencer T. Pratt, a Lunatic, Deceased, Appellant. S. Charles Pratt, a Beneficiary under the Will of Spencer T. Pratt, Deceased, and Roberta Pratt, Respondents.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

George Koeppel, Appellant, v. Charles Jacobson and Others, Respondents.— Judgment of the County Court of Queens county in so far as the complaint is dismissed as against the defendant Eagle Savings and Loan Company affirmed, with costs; and in so far as it dismisses the complaint as against the defendant Jacobson reversed and new trial ordered, costs to abide the event, on which trial the plaintiff may seek to establish his right to a personal judgment as against the defendant Jacobson. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Churchill C. Macray and Louis G. Rosenthal, Respondents, v. Clara H. Carhart, Appellant.— Judgment and order of the County Court of Dutchess county unanimously affirmed, with costs. No opinion. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Samuel Peres and David Davis, Respondents, v. Albert E. Kleinert, Appellant. — Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Burr, Rich and Carr, JJ.